# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | : | Case No.  08-11247 |
| | : | |
| Thomas Tucker | : | Chapter 7 |
| Tonia Tucker | : | |
| | : | |
| Debtors | : | Judge Hopkins |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The amount of $61.56 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. §347(a) and FRBP 3010.  The name(s) and addresses(s) of the party(ies) entitled to those unclaimed dividends is (are) as follows:

| Creditor Name & Address | Claim No. | Amount of Dividend |
|---|---|---|
| Recovery Management Systems For Capital Recovery II As Assignee of BON TON 25 SE 2nd Avenue, Suite 1120 Miami, FL  33131 | 8 | $61.56 |

Total Unclaimed/Small
Dividends $25.00 or Under
$_____

Total Unclaimed
Dividends Over $25.00
$61.56_____

Dated: September 23, 2009      /s/ Henry E. Menninger, Jr._____
                               Case Trustee
                               Henry E. Menninger, Jr.